# Court of Appeals
# of the State of Georgia

ATLANTA,  July 20, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1195. THE SAVANNAH COMMUNITY FOUNDATION v. JACLYN SPENCE MEADOWS DELOACH.**

This appeal was docketed on March 16, 2023. After receiving two extensions of time, the Appellant's brief and enumeration of errors were due on June 6, 2023. As of the date of this order, the Appellant still has not filed a brief and enumeration of errors. The Appellant's brief is over 40 days late. Accordingly, this appeal is hereby deemed abandoned and DISMISSED pursuant to Court of Appeals Rule 23 (a). See also Court of Appeals Rule 13.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  07/20/2023*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*